UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                            :
:
-v-                                                       :     24-CR-485 (JMF)
:
DANIEL MORRISON,                                                     :     SCHEDULING ORDER
:
Defendant.                                         :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       IT IS HEREBY ORDERED that the parties shall appear for a pretrial conference in this matter on **September 24, 2024** at **2:30 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

       SO ORDERED.

Dated: September 19, 2024  
       New York, New York

                                                          JESSE M. FURMAN  
                                                         United States District Judge