# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and
Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

November 10, 2025

By ECF

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application GRANTED. The Government is directed to contact the BOP to ensure that the Defendant is designated promptly. The Clerk of Court is directed to terminate Doc. # 44.*

*SO ORDERED.*

*November 10, 2025*

Re:    *United States v. Daniel Morrison*, 24 Cr. 485 (JMF)

Dear Judge Furman:

I write to respectfully request that the Court extend Daniel Morrison's voluntary surrender date (November 13, 2025) by approximately 30 days, to December 15, 2025. Mr. Morrison, whom the Court sentenced to 24 months' imprisonment on his plea to firearm possession as a felon, still has not been designated to a BOP facility for service of his sentence. This means that, if asked to report this week, he would be forced to turn himself in at Brooklyn MDC. I have solicited the Government's position on this request—our first request for an extension—and am waiting to hear back. But, given that tomorrow is a holiday, I wanted to file as soon as possible.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:    Daniel Roque, Esq.