# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 8, 2025

By ECF

Honorable Jesse M. Furman
United States District Judge
Southern District of New York

**Application GRANTED. The Clerk of Court is directed to terminate Doc. #46.**

**SO ORDERED.**

**December 8, 2025**

Re:    *United States v. Daniel Morrison*, 24 Cr. 485 (JMF)

Dear Judge Furman:

I write to respectfully request that the Court permit Pretrial Services to remove Daniel Morrison's electronic monitoring bracelet this Friday, December 12, 2025. Both Pretrial and the Governmnet consent.

Mr. Morrison is due to report to prison in Massachusetts on Monday, December 15, 2025. On that day he is departing on a bus from Manhattan at 4:30 a.m. Accordingly, to allow Pretrial to remove his bracelet before he departs, we request that the Court permit Pretrial to do so the Friday before. To be clear, this request comes directly from Pretrial.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:    Daniel Roque, Esq.
       Evelyn Alvayero, Pretrial Services